UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE: | PROCEEDINGS UNDER CHAPTER 13 |
| Rolando Lazo Perez | CASE NO.: 22-11636-BKC-AJC |

**DEBTOR(S)** /

### NOTICE OF VOLUNTARY DISMISSAL

Debtor(s), Rolando Lazo Perez, the undersigned counsel, hereby files this Notice of Voluntary Dismissal in accordance with 11 U.S.C. section 1307(b). Debtor(s) has not converted the case previously under 11 U.S.C. sections 706, 1112, or 1208.

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the Notice of Voluntary Dismissal and a true copy of paper which is the subject of the same (if not previously served) were served on all parties listed below (or on the attached list(s))* and in the manner indicated on March 14, 2022.

**The following entities were served by electronic transmission:**

Nancy K. Neidich, Trustee

**The following entities were served by first class mail**

All creditors listed in the attached Mailing Matrix.

Respectfully Submitted:

**Law Offices of Patrick L. Cordero, P.A.**
Attorney for Debtors
7333 Coral Way
Miami, Fl 33155
Tel: (305) 445-4855

    /s/ FILED ECF
PATRICK L. CORDERO, ESQ.
Fl Bar No: 801992